# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. EDCV 21-00225-JWH(SPx) | Date July 29, 2022 |
| Title *Clean Safety, Inc. v. Ruby Trucking, LLC* | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT THE JULY 29, 2022, HEARING

On July 21, 2022, the Court entered a Scheduling Notice and Order continuing the hearing on Defendants' motions [ECF Nos. 79 & 81] to July 29, 2022, at 11:00 a.m. [ECF No. 96] by video conference. On July 29, 2022, Kathy Q. Hao, counsel for Defendant Ruby Trucking, LLC, did not appear. Accordingly, the Court **ORDERS** Ms. Hao to show cause why she should not be sanctioned in the amount of $500 for failure to appear at the Court-ordered hearing.

Ms. Hao is **DIRECTED** to respond in writing to this Order to Show Cause on or before August 12, 2022. Ms. Hao's failure to respond, or an unsatisfactory response, may result in the imposition of sanctions.

A hearing on this Order to Show Cause is **SET** for August 26, 2022, at 11:00 a.m. via video conference.

**IT IS SO ORDERED.**