UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN SAFETY, INC., a California corporation,<br><br>   Plaintiff,<br><br> v.<br><br>RUBY TRUCKING LLC, a California limited liability company, and LEI JIANG, an individual,<br><br>   Defendants. | Case No. 5:21-cv-00225-JWH-SPx<br><br>**AMENDED JUDGMENT** |

Pursuant to the "Order Granting Clean Safety's Motion to Amend Judgment to Include Attorney Fees [ECF No. 140]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331, 1338, & 1367(a).

2. The operative pleading is the First Amended Complaint (the "Amended Complaint") [ECF No. 25] of Plaintiff Clean Safety, Inc. ("Clean Safety").

3. The Court entered the default of Defendant Lei Jiang ("Jiang") on or about September 15, 2022 [ECF No. 114].

4. The Court entered the default of Defendant Ruby Trucking, LLC ("Ruby Trucking") on or about October 11, 2022 [ECF No. 119].

5. Judgment is hereby entered in **FAVOR** of Clean Safety and **AGAINST** Ruby Trucking and Jiang, jointly and severally, as follows:

    a. Clean Safety is **AWARDED** a total monetary judgment of **$377,489** (consisting of $172,200 in statutory damages and $205,289 in attorney's fees).

    b. Clean Safety's request for a permanent injunction is **GRANTED**, as set forth in Paragraph 6 below.

6. Ruby Trucking and Jiang, and each of them. are permanently **ENJOINED** from the following:

    a. using the name "Clean Safety," or any name confusingly similar thereto, in connection with the distribution, sale, marketing, advertising, or promotion in the United States of personal protective equipment, medical products, gloves, or any of the categories of goods or services identified in the CLEAN SAFETY trademark registration; and

    b. inducing or encouraging anyone else to engage in such conduct.

**IT IS SO ORDERED.**

Dated: September 25, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-3-